IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIE V. AGUINALDO and MELINDA AGUINALDO,<br><br>     Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, A NATIONAL BANKING ASSOCIATION; DEREK W.C. WONG; ROUTH CRABTREE OLSEN, P.S.; and DOE DEFENDANTS 1-50,<br><br>     Defendants. | CIV. NO. 14-00388 DKW-BMK<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed and served on all parties on November 24, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

//

//

Recommendation To Grant in Part and Deny in Part Plaintiffs' Motion for Remand" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: December 12, 2014, Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

AGUINALDO et al. v. DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.; Civil No. 14-00388 DKW-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION